IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

K. SCOTT STOKES,

    Plaintiff,

    v.

                           CIVIL ACTION NO.
                           1:19-CV-03230-LMM

EL PORTON MEXICAN
RESTAURANTS, INC.,

    Defendant.

## ORDER

On November 19, 2019, the parties in this matter notified that Court that they have reached a settlement in principle and that they intend to file a dismissal with prejudice in the near future [9]. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 19th day of November, 2019.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.